United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41351
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARIO CAMACHO-OROZCO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-03-CR-420-1
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

     Mario Camacho-Orozco (Camacho) appeals the sentence imposed
following his guilty-plea conviction for being an alien
unlawfully found in the United States following deportation after
having been previously convicted of an aggravated felony, in
violation of 8 U.S.C. § 1326.  For the first time on appeal,
Camacho argues that the sentencing provisions of 8 U.S.C.
§ 1326(b)(1) and (b)(2) are unconstitutional in light of Apprendi
v. New Jersey, 530 U.S. 466 (2000).  Camacho acknowledges that

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

his argument is foreclosed by <u>Almendarez-Torres v. United States</u>, 523 U.S. 224 (1998), but he seeks to preserve the issue for Supreme Court review. <u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>. <u>See Apprendi</u>, 530 U.S. at 489-90. Accordingly, the judgment of the district court is AFFIRMED.